DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND PALMER,**
Appellant,

v.

**DEREK CORLEY,**
Appellee.

No. 4D2025-1283

[February 5, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. PRC230004349.

Winsor Daniel, Jr. of Winsor Daniel Jr. P.L., Weston, for appellant.

Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***